AO 91 (Rev. 11/11)  Criminal Complaint

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
LUBBOCK DIVISION

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

2022 DEC 16  PM 2: 32

DEPUTY CLERK_____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | |
| | ) | |
| Frederick Francis Goltz | ) | **5 - 22 M J 1 4 7** |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___July to November 23, 2022___ in the county of ___Lubbock___ in the ___Northern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 875(c) | Interstate Threatening Communications |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

s/ Jeffrey R. Haag
**Assistant U.S. Attorney**

**Redacted Version**

_____
*Complainant's signature*

Andrew Howard, FBI Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  12/16/22

_____
*Judge's signature*

City and state:        Lubbock, Texas

D. Gordon Bryant, Jr., U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Andrew Scott Howard, being first duly sworn, depose and state under oath as follows:

## Title 18, United States Code, Section 875(c)

Title 18, United States Code, Section 875(c), makes it a crime for anyone to send or transmit a threat to injure the person of another in interstate or foreign commerce. There are three elements of this offense:

*First*: That the defendant knowingly sent or transmitted a communication containing a threat to injure the person of another, as charged;

*Second:* the defendant transmitted the communication either with the purpose of issuing a true threat or with knowledge that the communication would be understood as a true threat, as defined in these instructions; and

*Third*: That the communication was sent in interstate or foreign commerce.

A "threat" is a serious statement expressing an intent to injure any person, which under the circumstances would cause apprehension in a reasonable person, as distinguished from mere idle or careless talk, exaggeration, or something said in a joking manner. The government must prove the defendant intended his or her communication to be a threat or had knowledge that the communication would be viewed as a threat.

Postings on Patriots.win and Gab.com are sent in interstate or foreign commerce because transmitting messages by means of the Internet is tantamount to moving messages across state lines and thus constitutes transportation in interstate commerce. *Cf. United States v. Runyan*, 290 F.3d 223, 239 (5th Cir. 2002) (holding that use of Internet,

Affidavit in Support of Complaint – Page 1

in and of itself, constitutes interstate transportation sufficient to satisfy the interstate commerce element of 18 U.S.C. § 2251); *see United States v. Elonis*, 897 F. Supp.2d 335, 343-44 (E.D. Pa. 2012), *overruled on other grounds by Elonis v. United States*, 575 U.S. 723 (2015) (holding same in the context of 18 U.S.C. § 875(c)).

### Introduction and Background

1.      I am submitting this affidavit in support of complaint against Frederick Francis Goltz for a violation of 18 U.S.C. § 875(c).

2.      I am an investigative or law enforcement officer for the United States, within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to investigate and arrest persons for offenses enumerated in 18 U.S.C. § 2516.

3.      Affiant is a Special Agent with the FBI and is currently assigned to the Dallas Field Division, Lubbock Resident Office.  Affiant has received training and has experience in interviewing and interrogation techniques, arrest procedures, search and seizure, search warrant applications, and various other investigative techniques.

4.      The information contained in this affidavit is based upon my personal observations as part of this investigation, as well as information obtained from other law enforcement officers participating in this investigation and interviews with various individuals.  Because this affidavit is being submitted for the purpose of establishing probable cause to believe that a crime was committed and that Goltz committed that crime, it does not include every fact uncovered during the investigation.

**Affidavit in Support of Complaint – Page 2**

**Facts for Probable Cause**

5.      Patriots.win is a social networking platform.  According to a description provided on its website, Patriots.win, Patriots.win is "the ultimate right-wing news, memes and discussion aggregator."  According to the Patriots.win website, Patriots.win can be loaded onto a mobile device or a desktop computer.

6.      Gab.com is a social networking platform.  According to a description provided on its website, Gab.com, Gab is "[a] social network that champions free speech, individual liberty and the free flow of information online."  According to the Gab website, Gab can be loaded onto a mobile device or a desktop computer.

7.      On November 13, 2022, the FBI National Threat Operations Center received information that a Patriots.win account with user name "FreeSpeechMaster" posted a threatening statement on Patriots.win directed at poll election workers.  On November 14, 2022, "FreeSpeechMaster" posted, "Hypothetically, a mass shooting of poll workers and election officials in these highly suspect precincts might be the way to go."  The comment was in reply to a post titled, "Surprise surprise, Nevada's election monitoring cameras went out overnight on the 10th and then the votes started pouring in for the Democrat to finally take the lead. Any GOPer who refuses to acknowledge the rigging in 2020 and now 2022 needs to be EXCOMMUNICATED."

8.      On November 21, 2022, during the investigation of threats to poll election workers, "FreeSpeechMaster" posted on Patriots.win T.L.'s name, purported home address, telephone number, and fax number, and commented: "It would be a shame if

someone got to [sic] this children. There are some crazies out there. This kind of info shouldn't be readily available on the internet."

**FreeSpeechMaster** 16d                                                   ● ● ●

It would be a shame if someone got to this children. There are some crazies out there. This kind of info shouldn't be readily available on the internet.

9.      The comment was in response to a post titled, "Maricopa county Attorney Caught On Camera Over 'Canceled' Ballots: 'I Don't Give a F***' They're not even trying to hide it anymore. They are now scared to answer basic questions on inconsistencies in the AZ elections." According to open-source records, T.L. is a county official in Maricopa County, Arizona. On the same date, in response to another post referring to other Maricopa County political officials, "FreeSpeechMaster" commented, "Someone needs to get these people AND their children. The children are the most important message to send."

10.     On November 22, 2022, the FBI met with T.L. to inform him of the posts. The FBI provided T.L. with the posts by "FreeSpeechMaster" and T.L. stated he felt afraid for himself and his family.

11.     Additionally, the user "FreeSpeechMaster" has an account on Gab with the user name "@FreeSpeechMaster" and display name "ShootThePope."

12.     On November 23, 2022, "FreeSpeechMaster" made several posts on Patriots.win in response to posts about S.R., a county official in Maricopa County, Arizona.  In one post, "FreeSpeechMaster" commented: "He's got a WIFE that is a lawyer, too.  We need to find out her name and where she works.  I don't think he has kids, but I'm not 100% on that."  Another user replied, "Kids are off limits."  In response to that user, "FreeSpeechMaster" commented: "No. NOTHING is off limits. It's people like you that are supposedly with us, who don't have the stomach to do whatever it takes to get our country back. That's why we lose. They've come after our kids every way possible and you have some aversion to targeting theirs? Thanks for letting me know what foxhole I DON'T want you in."

13.     In a separate thread regarding S.R., "FreeSpeechMaster" posted on Patriots.win a comment, "I wish someone would send a message to AZ by going after this guys kids."[1]

14.     A review of FreeSpeechMaster's Gab account revealed a long history of posts containing threatening statements against a variety of targets, including law enforcement officers, government officials, Jews, and others.  Some of FreeSpeechMaster's recent threatening posts are included below.

_____

[1] S.R. does not, in fact, have children but he is married.

Affidavit in Support of Complaint – Page 5

15.   In a post on Gab.com on December 1, 2022, FreeSpeechMaster wrote,

"Yeah, but when it's me, I'm willing to take lives. That's the difference. If you're being

unfairly and illegally persecuted, it's built right into the constitution that you are

supposed to protect yourself against a tyrannical government. This means their children

are not off limits, either."



16.   In a post on Gab.com on November 18, 2022, FreeSpeechMaster wrote,

"We are in dire need of a REAL holocaust, this time."



17.   In a post on Gab.com on November 16, 2022, FreeSpeechMaster wrote

about a prominent American Jewish politician, "I want to throw that Jew in an oven so

badly, I can taste it."



18.     In a post on Gab.com on November 5, 2022, FreeSpeechMaster wrote,

"Time to start killing Canadian law enforcement AND their families. It's important to get

the families. This is what sends the message 100 years into the future."



19.     In a post on Gab.com on July 27, 2022, FreeSpeechMaster wrote, "At this

point, the only way to punish [a prominent American medical advisor] for his crimes are

to execute him and everyone that helped him. I'm even in favor of going after his

children and grand children."



20.     In a post on Gab.com on July 19, 2022, FreeSpeechMaster wrote, "I'd love

to have the authority to execute every one of these people, their spouses, children, grand

children and anyone alive that is associated with them in the least little way."



21.     In a post on Patriots.win, FreeSpeechMaster explained that: "[t]he children are the most important ones to get because it sends a message 100 years into the future that people will pay the price for 'sins of the father.' Dead children burn into the memories of people. Dead adults are forgotten much easier."



22.     In addition to the threatening posts, FreeSpeechMaster indicated that he possesses at least one firearm. In a post on Patriots.win on December 4, 2022, FreeSpeechMaster wrote, "Texas here. We have constitutional carry. I conceal carry everywhere." Based upon the context of the post, I believe FreeSpeechMaster is discussing the concealed carrying of firearms.



23.     Through its investigation, the FBI identified "FreeSpeechMaster" as Frederick Francis Goltz, a/k/a Fred Goltz. Goltz, at the time of the posts discussed in this affidavit was about 51 years old. Goltz is a Canadian citizen who is in the United States as a Lawful Permanent Resident. The FBI confirmed that FreeSpeechMaster is Goltz through several means.

24.     First, on November 23, 2022, the FBI issued an Emergency Disclosure Request (EDR) to Gab regarding the "FreeSpeechMaster" Gab account. In response to the EDR, Gab provided the subscriber information regarding the user's email address, which was identified as ███████████████, and Internet protocol (IP) address, which was identified as 145.224.19.92.  The Gab account was created on January 12, 2021.

25.     On November 30, 2022, the FBI served Vexus Fiber Internet with a subpoena for subscriber information on the IP address disclosed by Gab as being associated with FreeSpeechMaster—145.224.19.92.  Vexus is the host for that IP address. In response to the subpoena, Vexus provided the name, address, telephone numbers and email for the subscriber, which was identified as Fred Goltz, ███████████, Lubbock, Texas 79423, ███████ and ███████, and ██████████.  Accordingly, the IP address associated with FreeSpeechMaster's Gab account returns to Goltz.

26.     Second, the FBI cross referenced the subscriber information with other databases.  The FBI conducted public database queries for telephone number ████████ ███.  Multiple databases returned information that Goltz was associated with that telephone number.  Goltz's Texas driver's license shows his physical and mailing address as ███████████ Lubbock, Texas 79423.  According to law enforcement databases, there are three vehicles that are associated with Goltz: (1) a 2009 black Jeep Wrangler, VIN: 1J4FA24179L743721, Texas license plate: ███████; (2) a 2016 gray GMC Yukon XL, VIN: 1GKS2HKJ6GR102677, Texas license plate: ███████; and (3) a 2016 black Chevrolet Silverado, VIN: 3GCPCREC8GG344243, Texas license plate: ███████.  On

Affidavit in Support of Complaint – Page 9

December 8, 2022, at about 1:30 p.m., I drove by the residence to obtain information for a search warrant. When I conducted surveillance of Goltz's residence, I saw all three of the aforementioned vehicles at his residence.

27. Third, other posts by FreeSpeechMaster tie the account to Goltz. In a post on Patriots.win on November 10, 2022, FreeSpeechMaster wrote, "Then stop talking like you're one. Like I said, I'm in Lubbock, Texas. Any time you want to put up or shut up, I'm here. This is a mutual combat state. Totally legal." As noted, Goltz lives in Lubbock.

**Is it time for guns yet?**

FreeSpeechMaster 29d ••• 

Then stop talking like you're one. Like I said, I'm in Lubbock, Texas. Any time you want to put up or shut up, I'm here. This is a mutual combat state. Totally legal.

⬆ 1 ⬇   ↩ REPLY

28. In another post, on Patriots.win, FreeSpeechMaster, suggested his age was 51. Goltz is 51.

Do you honestly believe the bullshit you're spouting? by ▮▮▮▮▮▮

▲ FreeSpeechMaster 2 points 5 days ago +2 / -0
▼ Every day for 51 years.
   permalink  context  all comments (80)  save  report  block

29. In another post, FreeSpeechMaster stated he is a Canadian. Goltz is a Canadian citizen.



## CONCLUSION

30.     Based on my training, education, and experience, and the information provided to me, I have probable cause to believe that Goltz violated Title 18, United States Code, Section 875(c), by transmitting a threat to injure the person of another in interstate and foreign commerce.

Andrew Howard
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 16th day of December 2022.

D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE