IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 5-23CR005- H |
| FREDERICK FRANCIS GOLTZ | |

# INDICTMENT

The Grand Jury Charges:

Count One
Interstate Threatening Communications
(Violation of 18 U.S.C. § 875(c))

On or about November 21, 2022, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Frederick Francis Goltz**, defendant, for the purpose of issuing a threat to injure and kill another person and with knowledge that the communication would be viewed as a threat to injure and kill another person, did knowingly transmit in interstate and foreign commerce a post on Patriots.win containing a true threat to injure and kill another person, that is, T.L. and T.L.'s family, persons known to the grand jury.

In violation of Title 18, United States Code, Section 875(c).

**Frederick Francis Goltz**
Indictment – Page 1

<u>Count Two</u>
Interstate Threatening Communications
(Violation of 18 U.S.C. § 875(c))

On or about November 23, 2022, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Frederick Francis Goltz**, defendant, for the purpose of issuing a threat to injure and kill another person and with knowledge that the communication would be viewed as a threat to injure and kill another person, did knowingly transmit in interstate and foreign commerce a post on Patriots.win containing a true threat to injure and kill another person, that is, S.R. and S.R.'s family, persons known to the grand jury.

In violation of Title 18, United States Code, Section 875(c).

**Frederick Francis Goltz**
**Indictment – Page 2**

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7559
Facsimile:   806-472-7394
E-mail:      jeffrey.haag@usdoj.gov

Frederick Francis Goltz
Indictment – Page 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

FREDERICK FRANCIS GOLTZ

INDICTMENT

COUNTS 1-2:   INTERSTATE THREATENING COMMUNICATIONS
Title 18, United States Code, Section 875(c).

A true bill rendered:

Lubbock                                   _____ Foreperson

Filed in open court this __11TH__ day of __JANUARY__, A.D. 2023.
DEFENDANT IN FEDERAL CUSTODY
Complaint #5:22-MJ-147 filed 12/16/22.

_____
UNITED STATES MAGISTRATE JUDGE

Frederick Francis Goltz
Indictment – Page 4